counsel fee of three hundred and fifty dollars. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY S. PUDER, Appellant, v. DAYTON E. SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FINKELSTEIN & MAISEL, INC., Respondent, v. ISAAC MAISEL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of TIMOTHY D. POUCHER, as President of THE FEDERATION OF TEACHERS' ASSOCIATIONS OF THE CITY OF NEW YORK, Appellant, for a Peremptory Mandamus Order against CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents on authority of *Matter of Brennan* v. *Board of Education* (245 N. Y. 8) and *People ex rel. Wells & Newton Co.* v. *Craig* (232 id. 125).

In the Matter of Proving the Last Will and Testament of GEORGE WAGNER, Deceased.— Order modified by striking out the items numbered 7, 8, 12 and 14, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID J. CONROY, Appellant, v. JOHN H. DELANEY and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA CUMMINS, Plaintiff, v. ANTHONY J. OBERLE, as Receiver, etc., Respondent. ANTIQUE REALTY CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISRAEL MARGOLIS, Respondent, v. JOSEPH A. WARREN, Police Commissioner, etc., Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.*— Order reversed, the writ dismissed and the relator remanded to custody. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VITTORIA SCRIMA, Respondent, v. THE MORRIS PLAN COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD WISSLER, an Infant, etc., Respondent, v. STANDARD ARCH COMPANY, Appellant.— Order entered January 7, 1928, reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, and the appeal from the order entered February 1, 1928, dismissed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY WOLFE, Appellant, v. HARRY SUGARMAN, Respondent.— In view of the peculiar circumstances set forth in the moving papers herein, the order appealed from is reversed, with ten dollars costs and disbursements, and the motion granted. The date for the examination to proceed to be fixed in the order. Settle order on notice. . Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SCOTT'S PREPARATIONS, INC., etc., Appellant, v. V. VIVAUDOU, INC., etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, with